[No. 19402-3-II.     Division Two.     May 23, 1997.]

THE STATE OF WASHINGTON, *Appellant*, v. ARTHUR
ROCCO, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 93-1-02789-5, Grant L. Anderson, J., entered
April 19, 1995. *Reversed* by unpublished opinion per Arm-
strong, J., concurred in by Houghton, C.J., and Seinfeld, J.


[No. 19474-1-II.     Division Two.     May 23, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. TRAVIS
RODGER STRAND, *Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 95-1-00126-2, Roger A. Bennett, J., entered
May 17, 1995. *Affirmed* by unpublished opinion per Hunt,
J., concurred in by Bridgewater, A.C.J., and Morgan, J.


[No. 19480-5-II.     Division Two.     May 23, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON
LEE ALLISON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 94-1-01999-8, D. Gary Steiner, J., entered
April 10, 1995. *Affirmed* by unpublished opinion per Arm-
strong, J., concurred in by Morgan and Hunt, JJ.


[No. 19548-8-II.     Division Two.     May 23, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES
WILLIAM GRANTHAM, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 94-1-02961-6, Terry D. Sebring, J., entered
May 23, 1995. *Affirmed* by unpublished opinion per Sein-
feld, J., concurred in by Houghton, C.J., and Armstrong, J.